## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: ROBERT SCOTT HACKETT (P49968)

Petitioner.
_____/

No. 08-MC-50357
Honorable Patrick J. Duggan
Honorable Marianne O. Battani
Honorable Mark A. Goldsmith

## ORDER

On June 11, 2007, Robert S. Hackett (Petitioner) was convicted of converting public monies pursuant to a guilty plea. As a result of this conviction, a hearing panel of the Attorney Discipline Board for the State of Michigan recommended, on February 21, 2008, that Petitioner's license to practice law "in the State of Michigan" be suspended for two (2) years.

On August 29, 2008, the Attorney Discipline Board affirmed the panel's decision.

As a result of the suspension by the Attorney Discipline Board, this Court, on April 18, 2008, suspended the license of Petitioner to practice law in the United States District Court and the United States Bankruptcy Court of the Eastern District of Michigan.

On November 12, 2010, Petitioner was reinstated to the practice of law in the State of Michigan.

On March 29, 2011, Petitioner filed an Application for Reinstatement with this Court seeking to obtain the reinstatement of his privilege to practice law in the United States District Court for the Eastern District of Michigan. This panel was assigned to consider this petition.

On June 10, 2011, a hearing was held before this panel. At this hearing, the panel received information from Petitioner and from Nancy Alberts, representing the State of Michigan Attorney Grievance Commission. Ms. Alberts advised the panel that the Grievance Commission has no objection to Petitioner's request to be reinstated to practice law in this Court and the Grievance Commission has received no information that would adversely impact Petitioner's request for readmission to practice law in this Court.

The panel is satisfied that the Petitioner has met the burden of demonstrating by clear and convincing evidence that he has the moral qualifications, competency and learning in the law required for the admission to the practice of law before this Court, and that his resumption of the practice of law will not be detrimental to the integrity and standing of the bar or the administration of justice, subversive of the public interests. L.R. 83.22(i)(2).

This panel unanimously agrees that Mr. Hackett's Petition for Reinstatement to practice law in this Court should be granted.

**IT IS ORDERED** that Robert Scott Hackett is hereby reinstated to practice law in the United State District Court and the United States Bankruptcy Court for the Eastern District of Michigan.

s/Patrick J. Duggan  
PATRICK J. DUGGAN  
United States District Judge

                                                                                           s/Marianne O. Battani
                                                                                           Marianne  O. Battani
                                                                                           United States District Judge


                                                                                          s/Mark A. Goldsmith
                                                                                           MARK A. GOLDSMITH
                                                                                           United States District Judge


Dated:       June 21, 2011
                 Detroit, Michigan